USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-22-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WORLDVIEW ENTERTAINMENT HOLDINGS
INC. et al.,

    Plaintiffs,

- against -

CHRISTOPHER WOODROW et al.,

    Defendant.

---

19cv6519 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The parties should advise the Court by **December 4, 2019** about the status of the proceedings in the Bankruptcy Court for the Central District of California. Additionally, the parties should advise the Court what effect the automatic stay issued from the bankruptcy court under 11 U.S.C. § 362 has on this case. In that regard, the parties should advise the Court about the applicability of the following cases to this case: In re Cashco, Inc., 599 B.R. 138 (Bankr. D. N.M. 2019); In re Hoskins, 266 B.R. 872 (Bankr. W.D. Mo. 2001). Finally, the parties should advise the Court about the proper remedy if they conclude that the case in this Court was removed or continued in violation of the automatic stay.

SO ORDERED.

Dated:   New York, New York
       November 22, 2019

                                           John G. Koeltl
                                  United States District Judge